**Elizabeth G. AUGUSTUS, Appellant, v. Carl E. MOORE, Appellee.**

No. 7887.

Circuit Court of Appeals, Sixth Circuit.

May 6, 1939.

Thompson & Smith, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

The judgment appealed from is reversed upon the authority of Heinz v. Commissioner, 3 Cir., 94 F.2d 832; Commissioner v.

Neylan, 9 Cir., 97 F.2d 410, and United States v. Bok et al., 3 Cir., 102 F.2d 358, and the case is remanded for a new trial.